

Edward Y. Kroub – Partner
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
Ekroub@mizrahikroub.com
www.mizrahikroub.com

May 27, 2022

The Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Tavarez-Vargas v. Singer Sewing Machine Company;*
              Case No. 1:21-cv-09831-JPC

Dear Judge Cronan:

    We represent plaintiff Carmen Tavarez-Vargas ("Plaintiff") in the above-referenced action. We write to jointly inform the Court that the parties have finished negotiations and are awaiting execution of the agreement. We respectfully request an additional 14 days in which to file a Notice of Dismissal.

              Respectfully submitted,
              */s/ Edward Y. Kroub*
              Edward Y. Kroub

              */s/ Jessica Taub Rosenberg*
              Jessica Taub Rosenberg

cc:    All Counsel of Record (via ECF)

This request is granted.  If the parties have not filed a stipulation of dismissal by June 14, 2022, then the parties shall file a a joint status letter by that date.  The Clerk of the Court is respectfully directed to close the motion pending at Docket Number 26.

SO ORDERED.

Date: May 31, 2022
New York, New York

              JOHN P. CRONAN
              United States District Judge